# CHICAGO, R. I. & P. RY. CO. v. TEESE.

No. 12061—Opinion Filed Sept. 25, 1923.

(Syllabus.)

**Appeal and Error—Failure of Defendant in Error to File Brief—Reversal.**

Where the plaintiff in error has duly filed and served brief in compliance with the rule of the Supreme Court, and defendant has neither filed brief nor offered excuse for failure so to do, the Supreme Court will not search the record to find some theory upon which the judgment may be sustained; but, where the brief filed appears reasonably to sustain any assignment of prejudicial error, the judgment will be reversed.

Error from County Court, Johnston County; C. M. Crowell, Judge.

Action between G. E. Teese and the Chicago, Rock Island & Pacific Railway Company. From the judgment, the latter brings error. Reversed and remanded, with directions.

C. O. Blake, W. R. Bleakmore, A. T. Boys, and W. F. Collins, for plaintiff in error.

P. B. H. Shearer, Jno. J. Stobaugh, and Joe S. Ratliff, for defendant in error.

COCHRAN, J. Plaintiff in error filed its brief herein on June 27, 1923. No brief has been filed by defendant in error and no extension of time given to file same and no reason assigned why brief has not been filed. Under the rule of this court, when the brief of plaintiff in error appears reasonably to sustain the assignments of error, this court will not search the record to find some theory upon which judgment may be sustained. Following this rule, the judgment of the trial court in this cause is reversed, and cause remanded, with direction to grant a new trial.

All the Justices concur.